**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GUMIPOD GROUP, LTD., | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-cv-00850-JRG-RSP |
| | § | |
| ALTRIA GROUP, INC., ALTRIA CLIENT SERVICES LLC, HELIX INNOVATIONS, LLC, ALTRIA GROUP DISTRIBUTION COMPANY, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Defendants previously filed a Motion to Dismiss the Amended Complaint. (Dkt. No. 34.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 157), recommending grant in part of Defendants' Motion to Dismiss. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**.

It is therefore **ORDERED** that the Motion to Dismiss (Dkt. No. 34) is **GRANTED** as to Plaintiff's breach of contract and conspiracy claims (Counts III-IV of the First Amended Complaint), and otherwise **DENIED**.

**So Ordered this**

**Sep 29, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE